An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFF GITLIN, AN INDIVIDUAL;
ROBIN LEACH, AN INDIVIDUAL;
NORBERT ALEMAN, AN INDIVIDUAL;
ANGELA SERMANUKYAN, AN
INDIVIDUAL; AND MANUK
SERMANUKYAN, AN INDIVIDUAL,
Appellants,
vs.
3700 ASSOCIATES, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
DEUTSCHE BANK AG, A GERMAN
CORPORATION; NEVADA PROPERTY
I, LLC, A DELAWARE LIMITED
LIABILITY COMPANY; AND NEVADA
VOTECO, LLC, AN UNKNOWN
LIMITED LIABILITY COMPANY,
Respondents.

No. 61890

**FILED**

JUN 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On May 29, 2013, appellants filed a motion to voluntarily dismiss this appeal. On May 31, 2013, respondents filed a consent to withdraw the appeal. We grant appellants' motion and hereby dismiss this appeal, with the parties to bear their own costs and fees. NRAP 42(b). In light of this order, appellants' motions filed on April 17, April 18, and May 21, 2013, are denied as moot.

It is so ORDERED.

_____, C.J.

 

13-16832

cc:     Hon. Elizabeth Goff Gonzalez, District Judge
        Sterling Law, LLC
        Sigal Chattah
        Girardi & Keese
        Snell & Wilmer, LLP/Las Vegas
        Snell & Wilmer, LLP/Salt Lake City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A